# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:      212-465-1188
                      cklee@leelitigation.com

August 7, 2020

**Via ECF**
The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020
```

      **Re:**    *Tavarez v. Fondue 26, LLC et al*
              **Case No. 1:20-cv-01128**

Dear Judge Nathan:

      We are counsel to Plaintiff in the above-captioned action. Pursuant to Your Honor's Order dated August 4, 2020, we write to respectfully request that the Court extend the time to serve the complaint and summonses by at least 60 days, and adjourn the Initial Conference accordingly.

      Due to the COVID-19 pandemic, we have only been able to serve and file affidavits of service on two Defendants so far, namely Fondue 26, LLC and Ainsph, LLC on August 5, 2020 (ECF No. 25, 26). We are hopeful that we will be able to effectuate service on all other Defendants within the next 60 days. To date, Defendants have yet to appear on the docket or contact Plaintiff's counsel. As such, the Plaintiff is unable to request waiver of service.

      For the foregoing reasons, Plaintiff respectfully requests that the service deadline be extended for at least 60 days, and that the Initial Conference be adjourned accordingly. This is the second request for an extension of service.

      We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K Lee*
C.K. Lee, Esq.

cc: All parties via ECF

> Plaintiff's request for a 60-day extension is granted. No further extensions of this deadline will be granted absent good cause. The Initial Pretrial Conference is hereby adjourned to November 13, 2020 at 3:45 P.M.
>
> *Alison J. Nathan*   8/12/2020