```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
Tavarez,                                                          :
:
:
Plaintiff,                              :    20-cv-01128 (AJN)
:
-v-                                            :    ORDER
:
Fondue 26, LLC, *et al.*,                                         :
:
Defendants.                             :
:
------------------------------------------------------------------ :
X

ALISON J. NATHAN, United States District Judge:

      A pretrial conference in this matter is scheduled for November 13, 2020 at 3:45 P.M. In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. The parties were required to submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference. **The parties in this case have not yet submitted their proposed case management plan or their joint letter**. **The parties must do so no later than November 11, 2020 and advise the Court if they can do without a conference**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, which can be accessed by dialing into the Court's dedicated AT&T Conference line (888) 363-4749 and entering access code 9196964#. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at
https://www.nysd.uscourts.gov/hon-alison-j-nathan.

    SO ORDERED.

Dated: November 9, 2020
       New York, New York
                                        ALISON J. NATHAN
                                   United States District Judge