UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tavarez.,

                Plaintiff,

–v–

Fondue 26, LLC, *et al.*,

                Defendants.

20-cv-01128 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On December 1, 2020, the Clerk issued a certificate of default. Dkt. No. 40. If the Plaintiff still intends to move for Default Judgment, she must do so by January 15, 2021.

SO ORDERED.

Dated: December 23, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge