**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SHARLYNE TAVAREZ, *on behalf of herself, FLSA Collective Plaintiffs, and the Class,* | Case No.: 20-cv-1128 |
| Plaintiff, | **[PROPOSED]** **DEFAULT JUDGMENT** |
| v. | |
| FONDUE 26, LLC d/b/a THE AINSWORTH, AINSPH, LLC d/b/a THE AINSWORTH, PARK33 RESTAURANT LLC  d/b/a THE AINSWORTH MIDTOWN, BURGER FULTON, LLC  d/b/a THE AINSWORTH FIDI, MATTHEW SHENDELL, BRIAN MAZZA, ALEXANDER RODRIGUEZ, and DENNIS BOGART, | |
| Defendants. | |

---

This action having been commenced on February 10, 2020, by the filing of the Complaint and Summonses, and Defendants AINSPH, LLC, FONDUE 26, LLC, PARK33 RESTAURANT LLC and BURGER FULTON, LLC having not complied with the Court's orders, it is ORDERED, ADJUDGED AND DECREED:

That Plaintiff SHARLYNE TAVAREZ, has judgment against Defendants AINSPH, LLC, FONDUE 26, LLC, PARK33 RESTAURANT LLC and BURGER FULTON, LLC, for unpaid wages in the amount of $10,669.06, New York State Liquidated damages in the amount of $ $10,669.06, statutory damages in the amount of $10,000.00, amounting in all to $31,338.12.

Dated: New York, New York

_____                           _____

ALISON J. NATHAN
United States District Judge

This document was entered on the docket on

_____