# Matthew J. Keating
## Attorney & Counselor at Law

Admitted in NY, MA and NJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 24, 2021

570 Taxter Road, Ste 380
Elmsford, New York 10523
Tel 914-961-1515
Fax 914-961-2976
matthew@mjkeating.com

May 21, 2021

Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Tavarez v. Fondue 26, LLC, et al*
      Case No. 20-cv-01128 (AJN)

Dear Judge Nathan:

   I am the attorney for all of the defendants who have appeared in this action, Fondue 26, LLC, Park 33 Restaurant, LLC, Burger Fulton, LLC and Matthew Shendell. I write to respectfully request an adjournment of the time to file a proposed case management plan and joint letter, and an adjournment of the initial pretrial conference presently scheduled for May 28th. My clients are in the process of retaining substitute counsel for this matter and need additional time to accomplish the same. In addition, my daughter will be graduating from college out-of-state at the time of the conference on May 28th, and I wish to attend with my family. Plaintiff's counsel consents to an adjournment. I request that the conference be put over for three weeks so that my clients may retain and properly prepare with their substitute counsel.

   This is the first request for an adjournment in this matter and does not affect any other deadlines. Thank you in advance for any courtesy the Court may extend me in this regard.

                                          Very truly yours,

               SO ORDERED.                /S/
                                          MATTHEW J. KEATING

cc:   C.K. Lee, Esq.
      M. Shendell
                      SO ORDERED.
                      ALISON J. NATHAN, U.S.D.J.
                      May 24, 2021

**The conference is adjourned to June 25, 2021 at 3:45 PM.**