**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHARLYNE TAVAREZ, *on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*
                              Plaintiff,

    v.

Case No.: 20-CV-01128

**[PROPOSED]**
**RULE 68 JUDGMENT**

FONDUE 26, LLC., et al.,

                              Defendants.

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Ains 44 LLC, Ainsph, LLC, Burger Fulton, LLC, Fondue 26, LLC, Park33 Restaurant LLC, Park Avenue A LLC, and Matthew Shendell (collectively, "Shendell Defendants"), having offered to allow Plaintiff Sharlyne Tavarez ("Plaintiff") to take a judgment against them, in the sum of Seven Thousand Five Hundred Dollars and No Cents ($7,500.00), inclusive of legal fees, in full and final resolution of Plaintiff's wage claims against Shendell Defendants, Brian Mazza, Alexander Rodriguez and Dennis Bogart (collectively, with Shendell Defendants, "All Defendants"), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 27, 2022 and filed as Exhibit A to Docket Number 87;

      **WHEREAS**, on February 4, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 87);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Sharlyne Tavarez, in the sum of Seven Thousand Five Hundred Dollars and No Cents ($7,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 27, 2022 and filed as Exhibit A to Docket Number 87. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED:**

Dated: _____, 2022          _____
       New York, New York                                    U.S.D.J.